### CHAPPELL v. THE STATE.

(Decided February 4th, 1915.)

APPEAL from Bullock Circuit Court.

Heard before Hon. MIKE SOLLIE.

No. counsel marked for appellant. WILLIAM L. MARTIN, Attorney General, for the State.

BROWN, J.—Reversed and remanded on the authority of *Finnett v. The State, infra,* 67 South. 768.

---

### ELLIOTT v. THE STATE.

(Decided November 12th, 1914.)

APPEAL from Lamar Circuit Court.

Heard before Hon. BERNARD HARWOOD.

WALTER NESMITH, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Abated by death of appellant.

---

### ELLIS v. THE CITY OF BIRMINGHAM.

(Decided November 26th, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

No counsel marked for appellant. J. P. MUDD, for appellee.

Per curiam. Affirmed on certificate.